FILED

2025 Sep-18  PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| BRACKINS EL PRIVATE ESTATE TRUST, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
| v. | ) |
| | ) |
| ATTORNEY GENERAL PAMELA BONDI, *et al*., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

The United States of America, on behalf of Defendants U.S. Attorney General Pamela Bondi; White House liaison Paul Ingrassia; U.S. Secretary of the Treasury and Acting Commissioner of Internal Revenue Service Scott Bessent; John White; Paula DeCesaris; Mack Larry; Pamela Borque; Phillip J. Morton; Paul R. Sullivan, Jr.; Wendell Scott Stewart; Stanley Rhodes; Sherry Denise Heddleston; Dwight Lewis Mosby; Craig A. White; Kristin Pollard Kiel; Joseph John Pelfrey; Ann Allen; and the U.S. Attorney's Office for the Northern District of Alabama hereby files this Notice of Removal of the above-captioned civil action pursuant to 28 U.S.C. § 1442(a)(1), and shows as follows:

1.      On September 12, 2025, Plaintiff filed a Complaint in the Circuit Court of Madison County, Alabama, No. 47-CV-2025-901675.00, against the following

federal employee Defendants: Pamela Bondi; Paul Ingrassia; Scott Bessent; John White; Paula DeCesaris; Mack Larry; Pamela Borque; Phillip J. Morton; Paul R. Sullivan, Jr.; Wendell Scott Stewart; Stanley Rhodes; Sherry Denise Heddleston; Dwight Lewis Mosby; Craig A. White; Kristin Pollard Kiel; Joseph John Pelfrey; and Ann Allen. Ex. A, Complaint.

2.      Plaintiff also named Madison County Circuit Court Judge Ruth Ann Hall as a Defendant in the Complaint.

3.      Plaintiff filed an Amended Complaint on September 14, 2025, against the same Defendants. Ex. B, Amended Complaint.

4.      Defendant Pamela Bondi is the Attorney General for the United States.

5.      Defendant Scott Bessent is the U.S. Secretary of the Treasury and Acting Commissioner of the Internal Revenue Service.

6.      Defendant Paul Ingrassia is the White House liaison to the U.S. Department of Homeland Security.

7.      Defendants John White; Paula DeCesaris; Mack Larry; Pamela Borque; Phillip J. Morton; Paul R. Sullivan, Jr.; Wendell Scott Stewart; Stanley Rhodes; Sherry Denise Heddleston; Dwight Lewis Mosby; Craig A. White; Kristin Pollard Kiel; Joseph John Pelfrey; and Ann Allen are all employees of the National Aeronautics and Space Administration (NASA).

8.     The lawsuit alleges that the federal Defendants breached a "fiduciary duty" owed to Plaintiff because of "wrongful suspension" from his employment at NASA. Ex. A, Complaint, at 9.

9.     At all times relevant to this action, the above-identified federal Defendants acted within the scope of their federal employment.

10.     Pursuant to 28 U.S.C. § 1442(a)(1), actions commenced in state court against federal officers "in an official or individual capacity" may be removed to federal district court for proper disposition. *See State v. Meadows*, 88 F.4th 1331, 1338 (11th Cir. 2023) ("The federal-officer removal statute protects an officer of the United States from having to answer for his official conduct in a state court."), *cert. denied*, 145 S. Ct. 545 (2024).

11.     Pursuant to 28 U.S.C. § 1446(a), all "process, pleadings, and orders" filed in the Circuit Court of Madison County, Alabama, No. 47-CV-2025-901675.00 are attached as Exhibit C.

WHEREFORE, the aforesaid action is hereby removed from the Circuit Court of Madison County, Alabama, to the United States District Court for the Northern District of Alabama, Northeastern Division.

Respectfully submitted,

PRIM F. ESCALONA
United States Attorney

3

**s/ Alex M. LaGanke**
Alex M. LaGanke
AL. Bar No. 1331I04K
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, Alabama 35203
Tel.: (205) 244-2188
Email: Alex.LaGanke@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including Plaintiff's counsel. Additionally, Plaintiff's counsel was mailed a copy of this Notice via certified mail at the following address:

Kimberly A. Ford
FORDUMAS LLC
470 Providence Main, Suite 302C
Huntsville, AL 35806
Attorney for Plaintiff
kimberly@fordumas.com

                                    **s/ Alex M. LaGanke**
                                    Alex M. LaGanke